FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 12 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

VIVIAN KESLER, Special Administratrix
Of the Estate of Ralph C. Kesler, Sr., deceased         PLAINTIFF

VS.                    CASE NO. 4-08 CV0 000924

HOME DEPOT U.S.A., INC. AND
TRICAM INDUSTRIES, INC.                    DEFENDANTS

This case assigned to District Judge _Holmes_
and to Magistrate Judge _____

## COMPLAINT

Comes Vivian Kesler, Special Administratrix of the Estate of Ralph C. Kesler, Sr., deceased, and for her complaint and cause of action against the defendants Home Depot U.S.A., Inc. and Tricam Industries, Inc., states:

1. Vivian Kesler is the duly appointed special adminstratrix of the estate of Ralph C. Kesler, Sr., as evidenced by the Letters of Special Administration attached hereto as Exhibit "A."

2. Defendant Home Depot U.S.A., Inc. ("Home Depot") is a Delaware corporation authorized to conduct business in the State of Arkansas. The principal agent for service in Arkansas for Home Depot is the Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, Arkansas 72201.

3. Defendant Tricam Industries, Inc. ("Tricam") is a Minnesota corporation that designs, markets and manufactures Gorilla Ladders®, including the subject ladder. Its corporate offices are located at 7677 Equitable Drive, Eden Prairie, Minnesota.

4. Defendant Home Depot retails Gorilla Ladders® and sold the subject ladder to the decedent.

5.  The amount in controversy exceeds the minimum jurisdictional limit of this Court, and there is diversity of citizenship between the parties. Therefore, the Court has jurisdiction under 28 U.S.C. 1332.

6.  On or about the 28th day of November, 2007, Ralph C. Kesler, Sr., ("plaintiff's decedent") was attempting to pull down the family Christmas tree from his carport attic using a Gorilla Ladder® which he had purchased from defendant Home Depot in the Fall of 2004. As he was part way up the ladder, there was a sudden popping sound, and the ladder began to rotate counterclockwise, ultimately collapsing to the floor. Plaintiff's decedent struck his head on the concrete floor sustaining injuries that would prove fatal.

7.  Subsequent examination revealed that the ladder sustained a structural failure at a pivot joint. Properly constructed, the ladder should not have failed as it did under normal use. The failure was the result of poor design, loose tolerances, poor manufacturing quality control, inadequate materials, or a combination thereof. These conditions rendered the ladder an unreasonably dangerous and defective product as sold and represents negligence in the design and construction of the ladder.

7.  Both defendants are strictly liable for the sale of a defective product. Tricam is further liable for negligence in designing, in selecting materials, in manufacturing, in marketing and distributing a defective product. Home Depot was also negligent in importing, marketing and selling the subject ladder without assuring the design and construction were more than sufficient to the foreseeable uses to which the ladder would be put.

8. As a direct and proximate result of the forgoing fault on the part of the defendants, plaintiff's decedent's estate has sustained the following damages:

    a. Conscious pain and suffering

    b. Medical and funeral expenses

    c. Loss of decedent's life

9. At the time of his death the decedent was survived by the following heirs:

| Name | | Relationship | Address |
|---|---|---|---|
| Vivian Kesler | Adult | Surviving Spouse | 1511 Ellen Court<br>Little Rock, AR 72212 |
| Kimberly Ann Miller | Adult | Daughter | 647 Marsh Road<br>Charlotte, NC 28209 |
| Ralph Clinton Kesler, Jr. | Adult | Son | 301 Peaceful Drive<br>Big Fork, MT 59911 |
| John Robert Kesler | Adult | Son | 855 North Sweetzer Ave<br>West Hollywood, CA 90069 |
| Thomas Richard Kesler | Adult | Brother | 618 Creek Road<br>Benton, AR 72015 |

10. Plaintiff claims damages for mental anguish for each heir, and, in addition, for Vivian Kesler, loss of consortium, and the economic value of the decedent's household services.

WHEREFORE, plaintiffs, Vivian Kesler, Special Administratrix of the Estate of Ralph C. Kesler, Sr., deceased, claims compensatory money damages as a direct and proximate result of the aforementioned combined fault and negligence on the part of defendants, Tricam Industries, Inc. and Home Depot U.S.A., Inc. in excess of the amount required for federal jurisdiction in diversity of citizenship cases, exclusive of interest and costs.

McMATH WOODS, P.A.
711 West Third Street
Little Rock, Arkansas 72201
(501) 396-5400
(501) 374-5118 (fax)

By_____
James Bruce McMath (Ark. Bar No. 75090)

*Attorneys for Plaintiffs*

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
PROBATE DIVISION
17TH MACKIE M. PIERCE

No. PDE 2008 000509

In the Matter of the Estate of:

RALPH C KESLER SR., Deceased

## LETTERS OF SPECIAL ADMINISTRATION

VIVIAN KESLER, whose address is:

1511 ELLEN COURT
LITTLE ROCK, AR 72212

having been appointed and qualified as Special Administratrix of the estate of RALPH C KESLER SR., deceased, who died on or about November 28, 2007, is hereby authorized to act as Special Administratrix for and in behalf of the estate for the sole purpose of:

FOR PROSECUTION OF A CAUSE OF ACTION FOR THE WRONGFUL DEATH OF THE DECEDENT.

Issued this date of April 10, 2008.

PAT O'BRIEN, Circuit Clerk

By _Jeanne Belatse_____, Deputy Clerk



EXHIBIT
A