## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VIVIAN KESLER, Special Administratrix of the                                          PLAINTIFF
Estate of RALPH C. KESLER, SR., Deceased

v.                                         NO. 4:08CV00924 JLH

HOME DEPOT USA, INC., and
TRICAM INDUSTRIES, INC.                                                              DEFENDANTS

### ORDER

M. Stephen Bingham of Cross, Gunter, Witherspoon & Galchus, P.C., counsel of record for defendants, has filed a motion for special appearance on behalf of Paul V. Kaulas. The motion is GRANTED. Document #8. Mr. Kaulas is hereby admitted to serve as counsel in this case with Mr. Bingham.

IT IS SO ORDERED this 20th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE