# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VIVIAN KESLER, Special Administratrix of the                                    PLAINTIFF
Estate of RALPH C. KESLER, SR., Deceased

v.                                    No. 4:08CV00924 JLH

HOME DEPOT USA, INC.; and
TRICAM INDUSTRIES, INC.                                                          DEFENDANTS

## ORDER

Plaintiff has moved to extend the discovery deadline up to and including March 29, 2010.

Without objection, the motion is GRANTED. Document #63.

IT IS SO ORDERED this 25th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE