## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VIVIAN KESLER                                                               PLAINTIFF

v.                          NO. 4:08CV00924 JLH

HOME DEPOT USA, INC.;
and TRICAM INDUSTRIES, INC.                             DEFENDANTS

### ORDER

     Presently before the Court is defendants' Motion to Continue Trial Date. Document #75. Good cause having been shown, the motion is granted, and the trial of this matter previously set for June 7, 2010, in Little Rock, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

     IT IS SO ORDERED this 6th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE