**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

VIVIAN KESLER, Special Administratrix of the                                          PLAINTIFF
Estate of RALPH C. KESLER, SR., Deceased

v.                                          NO. 4:08CV00924 JLH

HOME DEPOT USA, INC.; and
TRICAM INDUSTRIES, INC.                                          DEFENDANTS

## ORDER

William T. Crowder's motion to withdraw as counsel of record for the plaintiff is

GRANTED.  Document #82.  Plaintiff in this action will continue to be represented by J. Bruce

McMath of McMath Woods, P.A.

IT IS SO ORDERED this 7th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE