**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

VIVIAN KESLER, Special Administratrix of the              PLAINTIFF
Estate of RALPH C. KESLER, SR., Deceased

v.               NO. 4:08CV00924 JLH

HOME DEPOT, USA, INC.; and
TRICAM INDUSTRIES, INC.               DEFENDANTS

**ORDER OF DISMISSAL**

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE